UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

YASMINE GRADY

                Plaintiff(s), Petitioner(s)

against

PAUL ANNETS, et al.,

                Defendant(s), Respondent(s)

INDEX NO.: 07 CV 3776

**AFFIDAVIT OF SERVICE**

---

STATE OF NEW YORK: COUNTY OF DUTCHESS:  ss:

**TOMASHA L THOMAS-WHITE** being duly sworn deposes and says: that deponent is not a party to this action, is over 18 years of age and resides in Poughkeepsie, NY.

That on **May 31, 2007** at **11:57 AM** at **Downstate Correctional Facility, 122 Red Schoolhouse Lane, Fishkill, NY 12524**, deponent served the within **Summons In A Civil Case and Complaint** on **MR. MOORE**, *(Defendant/Respondent)* herein known as Recipient.

Said service was effected in the following manner;

By delivering thereat a true copy *of each* to **E. M. DELGADO**, Inmate Records Clerk, a person of suitable age and discretion. That person was also asked by deponent whether said premises was the recipient's place of business and their reply was affirmative.

Deponent also enclosed a copy of same in a postpaid sealed envelope, properly addressed to recipient at recipient's place of business at **Downstate Correctional Facility, 122 Red Schoolhouse Lane, Fishkill, NY 12524** and deposited said envelope in an official depository under the exclusive care and custody of the United States Postal Service within State of New York on **05/31/07**.
The envelope bore the legend "Personal and Confidential" and did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the recipient.

Deponent describes the individual served to the best of deponent's ability at the time and circumstances of service as follows:
Sex: **Female** Skin: **Caucasian** Hair: **Brown** Age(Approx): **45-55** Height(Approx): **5' 5"** Weight(Approx): **140-150 lbs**
Other:

I asked the person spoken to, whether recipient was in active military service of any kind whatsoever and received a negative reply.

Sworn to before me on Thursday, May 31, 2007

EDMOND J. BYER
Notary Public, State of New York
Commission # 01BY6033051
Qualified in Dutchess County
Expires 11-08-20

TOMASHA L THOMAS-WHITE

**Professional Process and Carrier Service**
P.O. Box 945
Rome, New York 13442
315-335-2000   315-339-5111 Fax