JUL 0 ? 2007

JUDGE CHIN'S CHAMBERS

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/9/07



STATE OF NEW YORK

OFFICE OF THE ATTORNEY GENERAL

ANDREW M. CUOMO
Attorney General

**MEMO ENDORSED**

LESLIE G. LEACH
Deputy Attorney General
State Counsel Division

JUNE DUFFY
Assistant Attorney General in Charge
Litigation Bureau

(212) 416-8576

July 5, 2007

**BY HAND DELIVERY**
Honorable Denny Chin
United States District Judge
United States Courthouse
500 Pearl Street, Room 1020
New York, New York 10007

Re: Grady v. Annetts, 07CV3776(DC)

Dear Judge Chin:

The purpose of this letter is to request an extension of time of forty days, to and including August 30, 2007, for defendants to answer or otherwise move with respect to the complaint in this 1983 action making claims against corrections officials. One of the defendants has not yet been served and the requested extension of time will allow plaintiff the opportunity to serve process on that individual (Maria Alomar, now a court security officer with the Office of Court Administration, stationed at the Family Court, White Plains, NY). Plaintiff's counsel should take that step as provided under the Rules. The requested time will allow an opportunity for our office to investigate the facts.

I spoke with the secretary for plaintiff's counsel (Amy Ng, secretary to James B. LeBow, Esq.), who expressed consent to the requested extension period on counsel's behalf.

Approved.
So ORDERED.

Respectfully submitted,

Lee Alan Adlerstein
Assistant Attorney General

cc: James B. LeBow, Esq., (regular mail)    WPDJ
7/9/07