

# AFFIDAVIT OF SERVICE

Attorney: **James Brian LeBowEsq**, 488 Madison Ave Ste 1100, New York NY, 10022, 2128683311
Court: **UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT: COUNTY OF NEW YORK**

Index No: **07C3776**
Date Filed: **05/13/2007**

| | |
|---|---|
| Plaintiff/Petitioner: | **YESMINE GRADY** |
| Defendant/Respondent: | **PAUL ANNETTS, Superintendent of Downstate Correctional Facility, sued in his indivdual capacity: SARGEANT CARDERELLI, ETAL;** |

STATE OF NY : COUNTY OF BRONX ss.:

I, **ANGELINA MARE**, being duly sworn according to law upon my oath, deposes and says, that deponent is not a party to this action, is over 18 years of age and resides in reside in NY State.

On **Jul, 13 2007** at **04:05 PM**, at **111 MARTIN LUTHER KING BLVD (PLACE OF BUSINESS), WHITE PLAINS, NY, 10601**, deponent served the **SUMMONS &COMPLAINT, CIVIL COVER SHEET** upon **MARIA ALAMAR**, Defendant herein known as Recipient.

Said service was effected in the following manner;

[ X ] **SUITABLE AGE.** By delivering a true copy of each to **OFFICER JERRY STEPHANELLI, CO-WORKER**, a person of suitable age and discretion. That person was also asked by deponent whether said premises was the Recipient's **BUSINESS** within the state, and their reply was affirmative.

Deponent describes the individual served to the best of deponent's ability at the time and circumstances of service as follows:

| Sex | Color of skin | Color of hair | Age | Height | Weight |
|---|---|---|---|---|---|
| Male | White | S/P – HAT | 36 – 50 yrs | 5'9" – 6'0 | 161 – 200 lbs |
| Other features: **beard, SITTING** | | | | | |

[ X ] **MAIL COPY.** On **TUE, Jul, 17 2007**,
after delivery of process was effected, deponent enclosed an additional true and attested copy of same in postpaid envelope addressed to the Recipient at Recipient's **BUSINESS** in an official depository under the exclusive care of the United States Postal Service within NY State. The envelope bore the Legend "Personal & Confidential" and did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the Recipient.

[ X ] **NON-MILITARY.** I asked the person spoken to if the defendant and/or present occupant was in active military service of the United States or the State of New York in any capacity and received a negative reply. The source of my information and the grounds of my belief are the conversations and observations above narrated. Upon information and belief I aver that the defendant and/or present occupant is not in the military service of New York State or the United States as that term is defined in the statues of New York State or the Federal Soldiers and Sailors Civil Relief Act.

I certify that the foregoing statements made by me are true, correct and my free act and deed. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

X _____
Sworn to before me on **TUE, Jul, 17 2007**
**GAIL KAGAN**
Notary Public, State of NY
No. 9149631941, Qualified in WESTCHESTER
Commission Expires June 23, 20**11**

X _____
**ANGELINA MARE**
Process Service Agency: **Action Subpoena, Inc**
Attorney File#: **92804**

GAIL KAGAN
NOTARY PUBLIC STATE OF NEW YORK
Qualified in Westchester County
Commission Expires June 23rd 20**11**
Reg. #01KA6094470

CN  92804  CN  92804  CN    %  5  %  96231  %  96231