## AFFIDAVIT OF SERVICE

ttorney: James Brian LeBowEsq, 488 Madison Ave Ste 1100, New York NY, 10022, 2128683311

Index No: 07C3776

ourt: UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT: COUNTY OF NEW YORK

Date Filed: 05/13/2007

Plaintiff/Petitioner: YESMINE GRADY

Defendant/Respondent: PAUL ANNETTS, Superintendent of Downstate Correctional Facility, sued in his Individual capacity; SARGEANT CARDERELLI, ETAL;

TATE OF NY : COUNTY OF BRONX ss.:

**ANGELINA MARE**, being duly sworn according to law upon my oath, deposes and says, that deponent is not a party to this action, is over 18 ears of age and resides in reside in NY State.

n Jul, 13 2007 at 04:05 PM, at 111 MARTIN LUTHER KING BLVD (PLACE OF BUSINESS), WHITE PLAINS, NY, 10601, deponent served e **SUMMONS &COMPLAINT, CIVIL COVER SHEET** upon **MARIA ALAMAR**, Defendant herein known as Recipient.

aid service was effected in the following manner:

**X ] SUITABLE AGE.** By delivering a true copy of each to **OFFICER JERRY STEPHANELLI, CO-WORKER**, a person of suitable age and iscretion. That person was also asked by deponent whether said premises was the Recipient's **BUSINESS** within the state, and their reply wa ffirmative.

eponent describes the individual served to the best of deponent's ability at the time and circumstances of service as follows:

| Sex | Color of skin | Color of hair | Age | Height | Weight |
|---|---|---|---|---|---|
| Male | White | S/P – HAT | 36 – 50 yrs | 5'9" – 6'0 | 161 – 200 lbs |
| Other features: beard, SITTING | | | | | |

**X ] MAIL COPY.** On TUE, Jul, 17 2007,
fter delivery of process was effected, deponent enclosed an additional true and attested copy of same in postpaid envelope addressed to the ecipient at Recipient's **BUSINESS** in an official depository under the exclusive care of the United States Postal Service within NY State. The nvelope bore the Legend "Personal & Confidential" and did not indicate on the outside thereof, by return address or otherwise, that the ommunication was from an attorney or concerned an action against the Recipient.

**X ] NON-MILITARY.** I asked the person spoken to if the defendant and/or present occupant was in active military service of the United tates or the State of New York in any capacity and received a negative reply. The source of my information and the grounds of my belief are e conversations and observations above narrated. Upon information and belief I aver that the defendant and/or present occupant is not in the ilitary service of New York State or the United States as that term is defined in the statues of New York State or the Federal Soldiers and ailors Civil Relief Act.

certify that the foregoing statements made by me are true, correct and my free act and deed. I am aware that if any of the foregoing statement ade by me are willfully false, I am subject to punishment.

worn to before me on TUE, Jul, 17 2007
GAIL KAGAN
otary Public, State of NY
o. 9149631941, Qualified in WESTCHESTER
ommission Expires June 23, 2007

X _____
ANGELINA MARE
Process Service Agency: Action Subpoena, Inc
Attorney File#: 92804

