UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x

YESMINE GRADY,                    :

        Plaintiff,          :

   - against -                   :     **ORDER**

PAUL ANNETTS et al.,              :     07 Civ. 3776 (DC)

        Defendants.         :

- - - - - - - - - - - - - - - - - -x

**CHIN, District Judge**

        Plaintiff's counsel failed to appear at a pre-trial conference today. He did not request an adjournment of today's conference and was in attendance at the November 9, 2007 conference when I scheduled today's conference. Plaintiff's counsel also failed to attend an October 26, 2007 conference before the Court. Defense counsel has advised the Court that he has not heard from plaintiff's counsel for approximately three months.

        Accordingly, this action is dismissed for failure to prosecute, with prejudice but without fees or costs.

        SO ORDERED.

Dated:  New York, New York
       March 14, 2008

                                    DENNY CHIN
                                    United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/14/08